**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SANDRA WEEDEN-WILLIAMS**
*on behalf of herself and others similarly
situated*     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 3:13CV00178-MPM-JMV**

**DILLARDS, INC.**
*a Foreign For-Profit Corporation*     **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the court pursuant to L. U. Civ. R. 16(b)(3)(B). The rule provides that

> [f]iling a motion to compel arbitration . . . stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . .

The defendant filed a motion to compel arbitration [14] on November 14, 2013. Accordingly, it is

**ORDERED:**

That the above noted proceedings and the case management conference are hereby **STAYED** pending a decision on the motion to compel arbitration. The parties shall notify the undersigned magistrate judge within ten (10) days of the court's ruling in the event the said motion is denied.

**THIS**, the 14th day of November, 2013.

                                                  /s/ Jane M. Virden
                                                  **U. S. MAGISTRATE JUDGE**