**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

SANDRA WEEDEN-WILLIAMS, on
behalf of herself and others similarly
situated,

    Plaintiff,

vs.                                             CASE NO.: 3:13-cv-178-MPM-JMV

DILLARDS, INC., a Foreign For
Profit Corporation,

    Defendant.                 /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, SANDRA WEEDEN-WILLIAMS, by and through the undersigned attorneys, pursuant to the Federal Rules of Civil Procedure 41(a), and hereby files this notice of voluntary dismissal of the above-styled cause without prejudice as to Defendant, DILLARDS, INC., with each party to bear their own attorneys' fees and costs.

Respectfully submitted on this 5th day of December, 2013.

| /s/ CHRISTOPHER W. ESPY | /s/ CARLOS LEACH |
|---|---|
| Christopher W. Espy, Esq., | Carlos V. Leach, Esq., (*Pro Hac Vice*) |
| MSB #102424 | FLB# 0540021 |
| CHRISTOPHER W. ESPY, | MORGAN & MORGAN, P.A. |
| ATTORNEY AT LAW, PLLC. | 20 N. Orange Ave., Ste. 1600 |
| P.O. Box 13722 | P.O. Box 4979 |
| Jackson, MS 39236-3722 | Orlando, Florida 32802-4979 |
| Tel.: (601) 812-5300 | Tel.: (407) 420-1414 |
| Fax: (601) 500-5719 | Fax: (407) 245-3341 |
| Email: chris.espy@espylawpllc.com | Email: cleach@forthepeople.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Notice of Consent to Join of Plaintiff, SANDRA WEEDEN-WILLIAMS, on behalf of herself and others similarly situated, has been served along with the Summons and a copy of the Complaint to the following: Dillards, Inc., c/o Registered Agent- CT Corporation System, 645 Lakeland East Drive, Ste. 101, Flowood, MS 39232 this 5th day of December, 2013.

/s/ CHRISTOPHER ESPY
Christopher W. Espy, Esquire